# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JUDICIAL WATCH, INC.,

    Plaintiff,

v.

UNITED STATES CAPITOL POLICE,

    Defendant.

Case No. 1:21-cv-01317-TSC

## DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

Defendant, U.S. Capitol Police (USCP), hereby answers Plaintiff's Complaint, ECF No. 1. Responding to each paragraph of the Complaint paragraph by paragraph, using the same paragraph numbering as Plaintiff uses in its Complaint, Defendant states:

1. This paragraph contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied.

2. This paragraph contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied.

3. USCP lacks sufficient knowledge or information to form a belief about the truth of the allegations of this paragraph.

4. USCP admits that it is a law enforcement agency within the Legislative Branch. The remaining allegations of this paragraph are legal conclusions to which no response is required. To the extent a response is deemed required, the allegations are denied.

5. USCP admits that it received an email request dated April 14, 2021 from Plaintiff requesting copies of certain documents, and respectfully refers the Court to that request for a full and accurate statement of its contents. The allegations of this paragraph are otherwise denied.

6. USCP admits that it responded to Plaintiff's request by letter dated May 6, 2021, and declined to provide the requested documents, and respectfully refers the Court to that letter for a full and accurate statement of its contents. The allegations of this paragraph are otherwise denied.

7. USCP admits that it has not provided the requested documents to Plaintiff. The allegations of this paragraph are otherwise denied.

8. This paragraph contains Plaintiff's re-allegation and incorporation of preceding paragraphs, to which no response is required. To the extent that a response is deemed required, the responses to those previous paragraphs are incorporated by reference.

9. The allegations of this paragraph are denied.

10. The allegations of this paragraph are denied.

11. The allegations of this paragraph are denied.

12. The allegations of this paragraph are denied.

13. The allegations of this paragraph are denied.

14. The allegations of this paragraph are denied.

The remaining allegations following the unnumbered paragraph beginning with "WHEREFORE" constitute Plaintiff's requests for relief, to which no response is required. To the extent a response is deemed required, USCP denies that Plaintiff is entitled to the requested relief or any other relief.

USCP hereby denies all allegations in the Complaint not expressly admitted or denied herein.

The section headings used in Plaintiff's Complaint are Plaintiff's characterizations of its claims to which no response is required, but to the extent a response is deemed required, those headings are denied.

**DEFENSES**

1. The Court lacks subject matter jurisdiction to hear the claim in this case.

2. The Complaint fails to state a claim upon which relief can be granted.


Dated:  August 9, 2021                                Respectfully submitted,


                                             BRIAN M. BOYNTON
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Director
Federal Programs Branch

*/s/ M. Andrew Zee*
M. ANDREW ZEE (CA Bar No. 272510)
Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
450 Golden Gate Ave.
San Francisco, CA 94102
Tel: (415) 436-6646
Fax: (415) 436-6632
E-mail: m.andrew.zee@usdoj.gov

*Counsel for Defendant*